FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 18, 2020

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>  -vs-<br><br>DONTA LYVOID BLACKMON,<br><br>      Defendant. | No. 2:13-CR-0008-WFN-8<br><br>ORDER DENYING MOTION FOR REDUCED SENTENCE |

   Pending before the Court is Defendant's Motion for Compassionate Release.  ECF No. 4554.  Defendant indicates that he submitted a request for compassionate release, but has not received a response within 30 days.  Consequently, he has exhausted his claim with the Bureau of Prisons [BOP].

   Mr. Blackmon must demonstrate that "(i) extraordinary and compelling reasons warrant such a reduction; or (ii) the defendant is at least 70 years of age, has served at least 30 years in prison, pursuant to a sentence imposed under section 3559(c) . . . and a determination has been made by the Director of the Bureau of Prisons that the defendant is not a danger to the safety of any other person or the community, as provided under section 3142(g)."  18 U.S.C. § 3582(c)(1)(A).  As Defendant is not over 70 years old, he must demonstrate that extraordinary and compelling reasons warrant reduction.

   Defendant has not demonstrated extraordinary or compelling reasons warranting a sentence reduction.  Defendant indicates that he has no pre-existing conditions that would put him at increased risk of serious illness or death from COVID-19.  In a supplemental filing Mr. Blackmon indicates that he has a medical issue that causes him concern that has remained untreated due to limited access to medical care.  Without a diagnosis it is difficult to ascertain whether the medical condition exacerbates his risk from COVID-19.

ORDER - 1

Though the Court recognizes that multiple credible reports suggest that the BOP's COVID-19 response has not successfully prevented the spread in all facilities, the danger of contracting COVID-19 alone does not constitute an extraordinary or compelling reason on its own.

Mr. Blackmon's criminal history suggests he may pose a danger to the community. Mr. Blackmon's underlying conviction was serious; he distributed a large amount of Oxycontin. He has a concerning criminal history. He faced a guideline range of 210-240 months. Mr. Blackmon has not demonstrated extraordinary or compelling reasons supporting his release. The Court has reviewed the file and Motion and is fully informed. Accordingly,

**IT IS ORDERED** that Defendant's Motion for Compassionate, filed September 8, 2020, **ECF No. 4554**, is **DENIED** with the right to renew.

The District Court Executive is directed to file this Order and provide copies to counsel.

**DATED** this 18th day of November, 2020.

11-13-20

　　　　　　　　　　　　　　　　WM. FREMMING NIELSEN
　　　　　　　　　　　　　　　　SENIOR UNITED STATES DISTRICT JUDGE

ORDER - 2