PROB 12A
(6/16)

# United States District Court

## for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Sep 13, 2022**

SEAN F. McAVOY, CLERK

### Report on Offender Under Supervision
*(No Action Requested)*

| | |
|---|---|
| Name of Offender: Donta Lyvoid Blackmon | Case Number: 0980 2:13CR00008-WFN-8 |
| Name of Sentencing Judicial Officer: The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge | |
| Date of Original Sentence: June 23, 2015 | Type of Supervision: Supervised Release |
| Original Offense: Conspiracy to Distribute a Controlled Substance, 21 U.S.C. §§ 841(a)(1) and 846 | Date Supervision Commenced: February 24, 2022 |
| Original Sentence: Prison - 120 months; TSR - 36 months | Date Supervision Expires: February 23, 2025 |

### NONCOMPLIANCE SUMMARY

On February 25, 2022, the undersigned officer reviewed the conditions of supervision with Mr. Blackmon. He signed his judgment acknowledging that he understood the conditions of supervision.

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition #3**: The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as directed by the probation officer.<br><br>**Supporting Evidence**: It is alleged Mr. Blackmon is in violation of his conditions of supervised release by using marijuana on or around August 8, 2022<br><br>On August 8, 2022, Mr. Blackmon submitted a sample for urinalysis testing at Pioneer Human Services (PHS) that tested positive for marijuana. |

**U.S. Probation Officer Action**:

Mr. Blackmon continues to participate in intensive outpatient treatment at PHS and staff advised that he is actively engaged in group, participates well, and provides good feedback while in group. He continues to be on random phase urinalysis testing. His last two urinalysis tests have been negative.

Mr. Blackmon continues to remain employed and is now working for Superior Insulation Company, installing installation in homes and buildings.

Based on the above-noted information, the undersigned officer respectfully recommends the Court take no action at this time. Mr. Blackmon will continue to provide random urinalysis tests and participate in his substance abuse treatment program.

Prob12A
**Re: Blackmon, Donta Lyvoid**
**September 12, 2022**
**Page 2**

|  | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| Executed On: | September 12, 2022 |
|  | s/Corey M. McCain |
|  | Corey M. McCain<br>U.S. Probation Officer<br>Date: September 12, 2022 |

[X]    Court Concurs with Officer Action
[ ]    Submit a Request for Modifying the Condition or Term of Supervision
[ ]    Submit a Request for Warrant or Summons
[ ]    Other

_____
Signature of Judicial Officer

9/13/2022
Date