PROB 12C
(6/16)

Report Date: January 25, 2023

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 25, 2023

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Donta Lyvoid Blackmon            Case Number: 0980 2:13CR00008-WFN-8

Address of Offender: ███████████████████  Airway Heights, Washington 99001

Name of Sentencing Judicial Officer:  The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: June 23, 2015

| | | |
|---|---|---|
| Original Offense: | Conspiracy to Distribute a Controlled Substance, 21 U.S.C. §§ 841(a)(1) and 846 | |
| Original Sentence: | Prison - 120 months<br>TSR - 36 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Stephanie A. Van Marter | Date Supervision Commenced: February 24, 2022 |
| Defense Attorney: | Federal Defender's Office | Date Supervision Expires: February 23, 2025 |

## PETITIONING THE COURT

To issue a summons.

On February 25, 2022, a United States probation officer reviewed the conditions of supervision with Mr. Blackmon. He signed his judgment acknowledging that he understood the conditions of supervision.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition #15**: You shall undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare. You shall contribute to the cost of treatment according to your ability to pay. You shall allow full reciprocal disclosure between the supervising officer and treatment provider.<br><br>**Supporting Evidence**: Mr. Blackmon allegedly violated his conditions of supervised release by failing to report for treatment services on November 30, 2022. Mr. Blackmon's failure to report violates Pioneer Human Services' (PHS) treatment protocol related to attendance.<br><br>On November 30, 2022, the undersigned officer received communication from PHS staff indicating Mr. Blackmon was not present for scheduled services on that date. |
| 2 | **Special Condition #15**: You shall undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare. You shall contribute to the cost of treatment according to your ability to pay. You shall allow full reciprocal disclosure between the supervising officer and treatment provider. |

Prob12C
**Re: Blackmon, Donta Lyvoid**
**January 25, 2023**
**Page 2**

|   |   |
|---|---|
|   | **Supporting Evidence**: Mr. Blackmon allegedly violated his conditions of supervised release by failing to report for treatment services at PHS on December 8, 2022. |
|   | On December 8, 2022, the undersigned officer received communication from PHS staff that Mr. Blackmon was not present for scheduled services on that date. |
| 3 | **Special Condition #15**: You shall undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare. You shall contribute to the cost of treatment according to your ability to pay. You shall allow full reciprocal disclosure between the supervising officer and treatment provider. |
|   | **Supporting Evidence**: Mr. Blackmon allegedly violated his conditions of supervised release by failing to report for treatment services at PHS on December 12, 2022. |
|   | On December 12, 2022, the undersigned officer received communication from PHS staff that Mr. Blackmon was not present for scheduled services on that date. |
| 4 | **Mandatory Condition #3**: The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic test thereafter, as determined by the court. |
|   | **Supporting Evidence**: Mr. Blackmon allegedly violated his conditions of supervised release by using marijuana on or about December 16, 2022. |
|   | On December 16, 2022, Mr. Blackmon reported to PHS and provided a urine sample which returned presumptive positive for THC metabolites. Mr. Blackmon denied using marijuana when questioned and signed a denial of use form. The urine sample was sent to Alere Toxicology Laboratory (Alere) for further testing. On December 24, 2022, the sample returned positive for THC metabolite. |
| 5 | **Mandatory Condition #3**: The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic test thereafter, as determined by the court. |
|   | **Supporting Evidence**: Mr. Blackmon allegedly violated his conditions of supervised release by using marijuana on or about December 19, 2022. |
|   | On December 19, 2022, Mr. Blackmon reported to PHS and provided a urine sample which returned presumptive positive for THC metabolite. Mr. Blackmon denied using marijuana when questioned and signed a denial of use form. The urine sample was sent to Alere for further testing. On January 1, 2023, the sample returned positive for THC metabolite. |
| 6 | **Special Condition #15**: You shall undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare. You shall contribute to the cost of treatment according to your ability to pay. You shall allow full reciprocal disclosure between the supervising officer and treatment provider. |

Prob12C
Re: Blackmon, Donta Lyvoid
January 25, 2023
Page 3

**Supporting Evidence**: Mr. Blackmon allegedly violated his conditions of supervised release by failing to report for treatment services at PHS on December 29, 2022.

On December 29, 2022, the undersigned officer received communication from PHS staff that Mr. Blackmon was not present for scheduled services on that date.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 01/25/2023

s/Mark E. Hedge

Mark E. Hedge
U.S. Probation Officer

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[X]  The Issuance of a Summons
[ ]  Other

Signature of Judicial Officer

1/25/2023

Date